**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00677-CV

## IN RE RONALD A. LOGSDON, Relator

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50294-2012**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

habeas corpus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/  JIM MOSELEY
    JUSTICE